PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court): 2:18CR00206-001 |
|---|---|
| | DOCKET NUMBER (Rec. Court): |

| NAME AND ADDRESS OF SUPERVISED PERSON: **O'Sullivan, Daniel James** Middletown, New York, 10940 | DISTRICT: Southern District of Texas | DIVISION: Corpus Christi |
|---|---|---|
| | NAME OF SENTENCING JUDGE: The Honorable Nelva Gonzales Ramos | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: **02/14/2020** | To: **02/13/2023** |

OFFENSE:

Distribution of Animal Crush Videos

### PART 1 - ORDER TRANSFERRING JURISDICTION

**United States District Court for the Southern District of Texas, Corpus Christi Division:**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of New York</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/9/2020
Date

*Nelva Gonzales Ramos*
United States District Judge



*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

**United States District Court for the Southern District of New York White Plains Division:**

IT IS HEREBY ORDERED that, jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/6/2020
Effective Date

United States District Judge